**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6652

WILLIAM RANDOLPH GRANDISON,

                Petitioner - Appellant,

        v.

HAROLD W. CLARKE,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:11-cv-00348-HEH)

Submitted:  July 26, 2012          Decided:  August 2, 2012

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William Randolph Grandison, Appellant Pro Se.  Virginia Bidwell Theisen, Senior Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Randolph Grandison seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on February 24, 2012. The notice of appeal was filed on April 6, 2012. Because Grandison failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

---

[*] Although the district court erroneously informed Grandison that he had sixty — rather than thirty — days to appeal, we cannot excuse his untimely filing under the unique circumstances doctrine. Bowles, 551 U.S. at 214.

2

before the court and argument would not aid the decisional process.

DISMISSED